**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BOARD OF EDUCATION OF THE**
**MAMARONECK UNION FREE**
**SCHOOL DISTRICT,**

                        **Plaintiff,**

  -against-

**D.B. and AN.S., INDIVIDUALLY AND ON**
**BEHALF OF A.B., A MINOR,**

                        **Defendants.**

**Civil Action No. 21-cv-07596 (NSR)**

---

**NOTICE OF APPEAL**

      **PLEASE TAKE NOTICE** that Defendant An.S., individually and on behalf of A.B., hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion & Order and Judgment of the United States District Court for the Southern District of New York entered in this action on March 31, 2024 (ECF Nos. 30 and 31).

April 29, 2024
White Plains, New York

Respectfully submitted,

Benjamin Brown, Bar No. 1614
Of Counsel
Gina DeCrescenzo, P.C.
*Counsel for Defendant An.S*
*individually and on behalf of A.B.*
180A S Broadway, Ste 100
White Plains, NY 10605
Tel: 914-615-9177
Fax: 914-615-9176
Email: bb@decrescenzolaw.com

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:21–cv–07596–NSR

| | |
|---|---|
| Board of Education of the Mamaroneck Union Free School District v. D.B. <br> Assigned to: Judge Nelson Stephen Roman <br> Cause: 20:1400 IDEA: Individuals With Disabilities Education Act (short title) | Date Filed: 09/10/2021 <br> Date Terminated: 03/31/2024 <br> Jury Demand: None <br> Nature of Suit: 448 Civil Rights: Education <br> Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Board of Education of the Mamaroneck Union Free School District** | represented by | **Michael Kevin Lambert** <br> Shaw, Perelson, May & Lambert, LLP <br> 21 Van Wagner Road <br> Poughkeepsie, NY 12603 <br> 845 486–4200 <br> Fax: 845 486–4268 <br> Email: mlambert@shawperelson.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Mark Craig Rushfield** <br> Shaw, Perelson, May & Lambert, LLP <br> 21 Van Wagner Road <br> Poughkeepsie, NY 12603 <br> 845–486–4200 <br> Email: mrushfield@shawperelson.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**D. B.**
*Individually*

**Defendant**

| | | |
|---|---|---|
| **A.N.S.** <br> *Individually* | represented by | **Benjamin Oberon Brown** <br> Gina DeCrescenzo, P.C. <br> 180A S Broadway, Ste 100 <br> White Plains, NY 10605 <br> 914–615–9177 <br> Email: bb@decrescenzolaw.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Catherine Merino Reisman** <br> Reisman Carolla Gran LLP <br> 19 Chestnut Street <br> Haddonfield, NJ 08033 <br> 856–354–0071 <br> Fax: 856–873–5640 <br> Email: catherine@rcglawoffices.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Gina Marie Decrescenzo** <br> Gina Decrescenzo, PC <br> 180 South Broadway, Suite 302 <br> White Plains, NY 10605 <br> 914–615–9177 <br> Fax: 914–615–9176 <br> Email: gina@decrescenzolaw.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**D. B.**
*and on Behalf of A.B., a Minor*

**Defendant**

**AN. S.**                                      represented by  **Benjamin Oberon Brown**
*and on Behalf of A.B., a Minor*                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Catherine Merino Reisman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Gina Marie Decrescenzo**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2021 | 1 | COMPLAINT against D. B., AN. S.. (Filing Fee $ 402.00, Receipt Number ANYSDC–25047016)Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 09/10/2021) |
| 09/10/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to D.B., re: 1 Complaint. Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 09/10/2021) |
| 09/10/2021 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to AN.S., re: 1 Complaint. Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 09/10/2021) |
| 09/13/2021 | | **\*\*\*NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Mark Craig Rushfield. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (vf)** (Entered: 09/13/2021) |
| 09/13/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Mark Craig Rushfield re: Document No. 1 Complain. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF. Add party D.B. and A.N.S with party text( and on behalf of A.B., a minor). Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (vf)** (Entered: 09/13/2021) |
| 09/13/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Nelson Stephen Roman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 09/13/2021) |
| 09/13/2021 | | Magistrate Judge Andrew E. Krause is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 09/13/2021) |
| 09/13/2021 | | Case Designated ECF. (vf) (Entered: 09/13/2021) |
| 09/13/2021 | 4 | ELECTRONIC SUMMONS ISSUED as to D. B.. (vf) (Entered: 09/13/2021) |
| 09/13/2021 | 5 | ELECTRONIC SUMMONS ISSUED as to A.N.S.. (vf) (Entered: 09/13/2021) |

| 09/13/2021 | 6 | CIVIL COVER SHEET filed..(Rushfield, Mark) (Entered: 09/13/2021) |
|---|---|---|
| 09/14/2021 | | ADD PARTY FOR PLEADING. Defendants/Respondents D. B., AN. S. added. Party added pursuant to 1 Complaint.Document filed by Board of Education of the Mamaroneck Union Free School District. Related document: 1 Complaint..(Rushfield, Mark) (Entered: 09/14/2021) |
| 10/14/2021 | 7 | NOTICE OF APPEARANCE by Benjamin Oberon Brown on behalf of A.N.S., AN. S...(Brown, Benjamin) (Entered: 10/14/2021) |
| 10/14/2021 | 8 | LETTER MOTION for Extension of Time *to Respond to Complaint* addressed to Judge Nelson Stephen Roman from Benjamin Brown dated Oct. 14, 2021. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 10/14/2021) |
| 10/18/2021 | 9 | ORDER granting 8 Letter Motion for Extension of Time. Defendant An S.'s request is GRANTED. Defendant An S. is directed to respond to the Complaint on or by November 15, 2021. The Clerk of Court is directed to terminate the motion at ECF No. 8. (Signed by Judge Nelson Stephen Roman on 10/18/2021) (ate) (Entered: 10/18/2021) |
| 10/18/2021 | | Set/Reset Deadlines: A.N.S. answer due 11/15/2021. (ate) (Entered: 10/18/2021) |
| 10/20/2021 | 10 | LETTER addressed to Judge Nelson Stephen Roman from Benjamin Brown dated Oct. 20, 2021 re: Local Civil Rule 1.6; Potentially Related Civil Case. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 10/20/2021) |
| 11/15/2021 | 11 | ANSWER to 1 Complaint. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 11/15/2021) |
| 12/01/2021 | 12 | NOTICE OF APPEARANCE by Catherine Merino Reisman on behalf of A.N.S., AN. S...(Reisman, Catherine) (Entered: 12/01/2021) |
| 12/03/2021 | 13 | AMENDED ANSWER to 1 Complaint. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 12/03/2021) |
| 01/19/2022 | 14 | NOTICE OF APPEARANCE by Michael Kevin Lambert on behalf of Board of Education of the Mamaroneck Union Free School District..(Lambert, Michael) (Entered: 01/19/2022) |
| 08/25/2022 | 15 | LETTER MOTION for Leave to File Motion for Summary Judgment addressed to Judge Nelson Stephen Roman from Mark C. Rushfield dated August 25, 2022. Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 08/25/2022) |
| 08/26/2022 | 16 | ORDER granting in part and denying in part 15 Letter Motion for Leave to File Document. The Court GRANTS leave to file a motion for summary judgment. Plaintiff is directed to serve (not file) its motion papers on or before October 7, 2022. Defendants are directed to serve (not file) opposition papers on or before November 15, 2022. Plaintiff is directed to serve its reply papers on or before November 30, 2022. All documents are to be filed on the reply date, November 30, 2022. The parties are directed to mail two courtesy hard copies and one electronic copy of motion documents to Chambers as they are served. The Court DENIES the parties' request to dispense with a Rule 56.1 statement and counter–statement. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 15. (Signed by Judge Nelson Stephen Roman on 8/26/2022) (ate) Modified on 8/26/2022 (ate). (Entered: 08/26/2022) |
| 08/26/2022 | | Set/Reset Deadlines: Motions due by 11/30/2022. (ate) (Entered: 08/26/2022) |
| 09/02/2022 | 17 | NOTICE OF APPEARANCE by Gina Marie Decrescenzo on behalf of A.N.S., AN. S...(Decrescenzo, Gina) (Entered: 09/02/2022) |
| 11/22/2022 | 18 | FIRST LETTER MOTION for Extension of Time *to submit reply papers* addressed to Judge Nelson Stephen Roman from Mark C. Rushfield dated November 22, 2022. Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 11/22/2022) |
| 11/22/2022 | 19 | ORDER granting 18 Letter Motion for Extension of Time. Plaintiff's request for an extension to file its reply papers on or before December 22, 2022 is GRANTED. The |

| | | |
|---|---|---|
| | | parties are directed to file their motion papers onto ECF on the reply date, December 22, 2022. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 18. Motions due by 12/22/2022. (Signed by Judge Nelson Stephen Roman on 11/22/2022) (ate) (Entered: 11/22/2022) |
| 12/22/2022 | 20 | MOTION for Summary Judgment . Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 12/22/2022) |
| 12/22/2022 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION for Summary Judgment . . Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 12/22/2022) |
| 12/22/2022 | 22 | RULE 56.1 STATEMENT. Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 12/22/2022) |
| 12/22/2022 | 23 | AFFIDAVIT OF SERVICE of Notice of Motion, Rule 56.1 Statement and Memo of Law in Support of Motion for Summary Judgment served on Benjamin Brown, Esq. on October 7, 2022. Service was made by Electronic mail. Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 12/22/2022) |
| 12/22/2022 | 24 | MEMORANDUM OF LAW in Opposition re: 20 MOTION for Summary Judgment . . Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 12/22/2022) |
| 12/22/2022 | 25 | RESPONSE in Opposition to Motion re: 20 MOTION for Summary Judgment . *Defendants' Response to Rule 56.1 Statement*. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 12/22/2022) |
| 12/22/2022 | 26 | COUNTER STATEMENT TO 22 Rule 56.1 Statement. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 12/22/2022) |
| 12/22/2022 | 27 | CERTIFICATE OF SERVICE of Defendants' Opposition Papers served on Mamaroneck Union Free School District on Nov. 15, 2022. Document filed by A.N.S., AN. S...(Brown, Benjamin) (Entered: 12/22/2022) |
| 12/22/2022 | 28 | REPLY MEMORANDUM OF LAW in Support re: 20 MOTION for Summary Judgment . . Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 12/22/2022) |
| 12/22/2022 | 29 | COUNTER STATEMENT TO Document filed by Board of Education of the Mamaroneck Union Free School District..(Rushfield, Mark) (Entered: 12/22/2022) |
| 03/31/2024 | 30 | OPINION & ORDER re: 20 MOTION for Summary Judgment . filed by Board of Education of the Mamaroneck Union Free School District. For the foregoing reasons, Plaintiff's motion for summary judgment is GRANTED. The Clerk of Court is respectfully directed to terminate this action. SO ORDERED. (Signed by Judge Nelson Stephen Roman on 3/31/24) (yv) Transmission to Orders and Judgments Clerk for processing. (Entered: 04/01/2024) |
| 03/31/2024 | 31 | CLERK'S JUDGMENT re: 30 Opinion & Order. in favor of Board of Education of the Mamaroneck Union Free School District against A.N.S., AN. S., D. B. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 31, 2024, Plaintiff's motion for summary judgment is GRANTED; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/31/2024) (nd) (Entered: 04/01/2024) |
| 04/29/2024 | 32 | NOTICE OF APPEAL from 31 Clerk's Judgment, 30 Memorandum & Opinion,. Document filed by A.N.S., AN. S.. Filing fee $ 605.00, receipt number ANYSDC–29285992. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Brown, Benjamin) Modified on 4/30/2024 (km). (Entered: 04/29/2024) |
| 04/30/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 32 Notice of Appeal.(km) (Entered: 04/30/2024) |
| 04/30/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 32 Notice of Appeal, filed by AN. S., A.N.S. were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/30/2024) |